**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clara Denise Myers,

Plaintiff,

vs.

RESTART, INC.,

Defendant.

Court File No. 00-1528 MJD/SRN

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action, by and through their undersigned counsel, stipulate to the dismissal with prejudice of Plaintiff's Complaint. This stipulation is made pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 12-20, 2000

Carla Kjellberg (#145476)
333 West Parkdale Plaza
1660 South Highway 100
St. Louis Park, MN 55416

Attorney for Plaintiff

Dated: 12-21, 2000

FAEGRE & BENSON LLP

Dan Wilczek (#131660)
Marcy R. Frost (#229933)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Attorneys for Defendant

IT IS SO ORDERED, this 16th day of Jan., 2001.

United States District Court Judge

FILED JAN 16 2001 FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK